BEFORE THE FIRST DIVISION, JANUARY 17, 1962

No. 66379.—Healthways, Inc., et al. v. United States, protests 60/16801, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of diving masks and parts thereof similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiffs was sustained.

No. 66380.—U.S. Divers Co. v. United States, protest 60/30002 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 17, 1962

No. 66381.—Atala Corp. et al. v. United States, protests 60/30606, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of United States v. Schmidt Pritohard & Co. et al. (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.